UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Jeffery Bryan Carter                      Docket No. 4:20-CR-73-1M

### Petition for Action on Supervised Release

COMES NOW Jonathan A. Holmes, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Jeffery Bryan Carter, who, upon an earlier plea of guilty, in the Middle District of North Carolina, to 18 U.S.C. §§ 2252A(a)(2) and (b)(1), Receiving and Distributing Child Pornography, was sentenced by the Honorable Catherine C. Eagles, United States District Judge, on June 14, 2013, to the custody of the Bureau of Prisons for a term of 120 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for a period of 96 months.

Jeffery Bryan Carter was released from custody on June 4, 2020, at which time the term of supervised release commenced. Jurisdiction of this case was transferred to the Eastern District of North Carolina on August 4, 2020.

On March 15, 2021, a violation report was submitted due to the defendant failing a polygraph examination for using an electronic device unknown to the probation officer. He was allowed to remain on supervision and continue engaging in sex offender treatment with no further court action.

On May 26, 2021, a violation report was submitted as a result of the defendant testing positive for marijuana. He was allowed to remain on supervision and engage in substance abuse treatment with no further court action. He was also continued in sex offender treatment.

On July 8, 2021, a violation report was submitted due the defendant failing a polygraph examination for using an electronic device unknown to the probation officer and viewing adult pornography. He was allowed to remain on supervision, his treatment provider was notified, and his contact frequency was increased.

### RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

On July 12, 2021, the defendant signed a substance abuse admission form, admitting to marijuana use on July 5, 2021. He continues to engage in sex offender and substance abuse treatment. It is the recommendation of the probation office that the defendant be placed under curfew with location monitoring for a term not to exceed 60 days, as a sanction for his continued non-compliance.

The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall adhere to a curfew as directed by the probation officer for a period not to exceed 60 consecutive days. The defendant is restricted to his residence during the curfew hours. The defendant shall submit to the following Location Monitoring: Radio Frequency monitoring and abide by all program requirements, instructions and procedures provided by the supervising officer. The defendant must pay a portion of the monitoring cost as determined by the supervising officer.

Except as herein modified, the judgment shall remain in full force and effect.

Jeffery Bryan Carter
Docket No. 4:20-CR-73-1M
Petition For Action
Page 2

Reviewed and approved,

/s/ Julie W. Rosa
Julie W. Rosa
Supervising U.S. Probation Officer

I declare under penalty of perjury that the foregoing is true and correct.

/s/ Jonathan A. Holmes
Jonathan A. Holmes
U.S. Probation Officer
310 New Bern Avenue, Room 610
Raleigh, NC 27601-1441
Phone: 9196104087
Executed On: July 15, 2021

**ORDER OF THE COURT**

Considered and ordered this 16th day of July, 2021, and ordered filed and made a part of the records in the above case.

Richard E. Myers II
Chief United States District Judge